Name and Prisoner/Booking Number _Jose Abel Fierro #044803_

Place of Confinement _ADOERR-lewisComplex-Buckley Unit._

Mailing Address _P.O. Box 70._

City, State, Zip Code _Buckeye, Arizona. 85326._

| FILED ☒ | LODGED ☐ |

**Jan 26 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_Jose-Abel Fierro_ ,
(Full Name of Petitioner)

Petitioner,

v. _Ryan Thornell_ ,

(Name of the Director of the Department of Corrections, Jailor or authorized person having custody of Petitioner),

Respondent,
and
The Attorney General of the State of _Arizona_ ,

Additional Respondent.

CASE NO. CV-23-175-PHX-JJT (ESW)
_____
(To be supplied by the Clerk)

**PETITION UNDER 28 U.S.C. § 2254**
**FOR A WRIT OF HABEAS CORPUS**
**BY A PERSON IN STATE CUSTODY**
**(NON-DEATH PENALTY)**

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _Superior Court of Arizona. 201 W. Jefferson Street. Phoenix, Arizona. 85003. I am Not challenging at this time my Conviction and Sentence. Only unsupported allegations in CR-123553 For CR-153626. By 2 state employees: H. C. Duffie and Pat Gupton._

   (b) Criminal docket or case number: _CR-153626._

2. Date of judgment of conviction: _12/23/1986._

3. In this case, were you convicted on more than one count or crime?  Yes ☑  No ☐

Revised 3/15/16

1

**530**

4. Identify all counts and crimes for which you were convicted and sentenced in this case: *Count 1: Murder, First degree, Class 1 Felony. Count 11: Burglary, First degree, Class 2 Felony. At this time I am Not challenging my Present Conviction(s) and Sentences. I am challenging unsUpported allegations in pre-sentence report in CR-153626.*

5. Length of sentence for each count or crime for which you were convicted in this case: *I am not challenging my convictions and sentences at this time in CR-153626. But unsupported allegations in pre-sentence information report in CR-153626, by H.L. Duffie, Chief Probation officer and Pat Gupton, Deputy Adult Probation officer.*

6. (a) What was your plea?
   Not guilty          ☑
   Guilty              ☐
   Nolo contendere (no contest) ☐

   (b)  If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____

   _____

   (c)  If you went to trial, what kind of trial did you have?   (Check one) Jury ☑ Judge only ☐

7. Did you testify at the trial?          Yes ☐          No ☑

8. Did you file a direct appeal to the Arizona Court of Appeals from the judgment of conviction?
   Yes ☐      No ☑

   If yes, answer the following:

   (a)  Date you filed: _____

   (b)  Docket or case number: _____

   (c)  Result: _____

   (d)  Date of result: _____

   (e)  Grounds raised: _____

   _____

   _____

   _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

2

9. Did you appeal to the Arizona Supreme Court?  Yes ☐    No ☑

   If yes, answer the following:

   (a) Date you filed: _____

   (b) Docket or case number: _____

   (c) Result: _____

   (d) Date of result: _____

   (e) Grounds raised: _____
   _____
   _____
   _____

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

10. Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑

   If yes, answer the following:

   (a) Date you filed: _____

   (b) Docket or case number: _____

   (c) Result: _____

   (d) Date of result: _____

   (e) Grounds raised: _____
   _____
   _____
   _____

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

11. Other than the direct appeals listed above, have you filed any other petitions, applications or motions concerning this judgment of conviction in any state court?  Yes ☐    No ☑

   If yes, answer the following:

(a)   First Petition.

    (1)   Date you filed: _____

    (2)   Name of court: _____

    (3)   Nature of the proceeding (Rule 32, special action or habeas corpus): _____

    (4)   Docket or case number: _____

    (5)   Result: _____

    (6)   Date of result: _____

    (7)   Grounds raised: _____

    _____

    _____

    _____

    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(b)   Second Petition.

    (1)   Date you filed: _____

    (2)   Name of court: _____

    (3)   Nature of the proceeding (Rule 32, special action or habeas corpus): _____

    (4)   Docket or case number: _____

    (5)   Result: _____

    (6)   Date of result: _____

    (7)   Grounds raised: _____

    _____

    _____

    _____

    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(c)   Third Petition.

(1)   Date you filed: _____

(2)   Name of court: _____

(3)   Nature of the proceeding (Rule 32, special action or habeas corpus): _____

(4)   Docket or case number: _____

(5)   Result: _____

(6)   Date of result: _____

(7)   Grounds raised: _____

_____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(d)   Did you appeal the action taken on your petition, application, or motion to the:

| | Arizona Court of Appeals: | | Arizona Supreme Court: | |
|---|---|---|---|---|
| (1)   First petition: | Yes ☐   No ☑ | | Yes ☐   No ☑ | |
| (2)   Second petition: | Yes ☐   No ☑ | | Yes ☐   No ☑ | |
| (3)   Third petition | Yes ☐   No ☑ | | Yes ☐   No ☑ | |

(e)   If you did not appeal to the Arizona Court of Appeals, explain why you did not: *the unsuported allegations in ER-153626 by Duffie and Gupton Do Not exist. No convictions. Clerk of the Superior Court in Maricopa County - C. Eurley and E. wilson have No Court records of All allegations in Pre-Sentence information report For ER-153626. Unsuported allegations by two employees working For the State oF Arizona probation Department in Maricopa County. PreJudicial in all phaces within the prison system.*

12. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States**. Attach additional pages if you have more than four grounds.   State the facts supporting each ground.

   **CAUTION:**  To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.   Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** *I was Not Convicted for aggravated assault in CR-153626.*
*H. C. Duffie Chief Probation officer and Pat Gupton, Deputy Adult Probation officer, in their PreseNteNce*
*investigation they allege I was convicted in CR-153626. Yet they did Not Produce the Hardcopy for/of*
*Sentencing minute entry for the allege Conviction of aggravated assault in CR-153626.*
*For CR-153626.   'Needs To be removed from my prison file statewide. PreJudicial error,*
*a deliberate.*

(a) Supporting FACTS (Do not argue or cite law.   Just state the specific facts that support your claim.):
*I was Not Convicted of the Charge aggravated assault in CR-153626. yet H. C. Duffie*
*and pat Gupton in their Pre-sentence Investigation report for CR-153626. Both stated that they*
*inquire with the Maricopa County Sheriff's office, the Arizona Department of public safety, the*
*phoenix police Department, the Federal Bureau of Investigation, I did not admit that I*
*was convicted of aggravated assault to any probation officer.*
*Probation officers Duffie and Gupton altered, manipulated their pre sentence*
*Investigation report against me.   Yet they did Not Produce the hardcopy from*
*the Sentencing minute entry for the allege Conviction of aggravated assault the*
*instant offence in CR-153626. PreJudicial error.*
*the Phoenix Central office for Incoming Inmate records uploaded into their Computer-*
*ized files this Charge of aggravated assault which I was Not Convicted of. IT went*
*Also to the offender Services Bureau offices statewide. the Central*
*Inmate processing offices state wide. Conduct intended to gain advantage over*
*me to Cause harm. INJury.*

*Clerk of the Superior Court in Maricopa County - C. Curley and L. wilson have No Sentencing*
*minute entry Conviction for Duffie and Guptons' allegations of aggravated assault*
*in CR-153626.*

*Read/see Exhibit : 1. (ONE). My Trial attorney Michael V. Black did Not*
*Challenge Duffie and Gupton UNsupported allegations in their pre sentence Report.*
*PreJudicial.*

(b) Did you present the issue raised in Ground One to the Arizona Court of Appeals?   Yes ☐      No ☑

(c) If yes, did you present the issue in a:
  Direct appeal       ☐
  First petition       ☐
  Second petition    ☐
  Third petition       ☐

(d)  If you did not present the issue in Ground One to the Arizona Court of Appeals, explain why: _____
*I was Never Convicted of this alleged Charge of aggravated assault in*
*CR-153626. PreJudicial error, a deliberate. No reason to appeal.*
*I learned about this UNsupported allegation when I received Pre-sentence reports*
*and Sentencing minute entries March of 2022.*

(e) Did you present the issue raised in Ground One to the Arizona Supreme Court?   Yes ☐      No ☑

**GROUND TWO**: *I was Never Charged with an Escape or attempted Escape in LR-123.553, yet H.C. Duffie, chief Probation officer and Pat Gupton, Deputy Adult probation officer both allege in their Pre-sentence Investigation report, that I was Convicted For an allege Escape, For LR-153626. Yet they did Not Produce the hard Copy, For Verification, of the sentencing minute entry For the allege Conviction OF Escape in LR-123553 For LR-153626. This allege Escape Charge must be removed From my prison, Computerized File state wide. PreJudicial error, a deliberate.*

(a)  Supporting FACTS (Do not argue or cite law.   Just state the specific facts that support your claim.):

*the Honorable Marilyn Riddel did Not Sentenced nor Convicted me For the alleged Charge OF Escape iN ER-123.553.* **Exh: 2.**
*I Pled guilty to 2 Class 6 Felonies (aggravated assault and resisting arrest) ON 02/01/1982; I was sentenced to Prison on both OFFenses For Concurrent Presumptive terms of 1.5 years (with Credit For 24 days in Jail) ON 04/19/1982; my Mandatory release From prison date For the OFFenses was 03/26/1983. Expired 1983.* **Exh: 3.**
*Yet Duffie and Gupton both allege in their Pre-sentence Investigation report that I was Convicted OF the Charge Escape iN ER-123553 For LR-153626.* **Exh: 1 (Page-7).**
*Both stated, Claimed in their report that they inquire with the Maricopa County sheriff's office, the Arizona Department of Public Safety, the phoenix police Department, the Federal Bureau of Investigation, that they had this allege Conviction OF Escape within my Criminal record. False.*
*I do Not have a History OF Escapes or attempted Escapes, NationWide.*
*I did Not admit To NO Probation officer that I have Escapes or attempted Escapes within my Criminal record. Probation officers Duffie and Gupton altered, manipulated their Pre-sentence Investigation report to their advantage, to make me look worse, in the Honorable Stephen Gerst eyes, and it worked. Yet they did Not produce, hard copy, the Sentencing minute entry For the allege Conviction OF Escape iN ER-123553 For LR-153626. PreJudicial error, a deliberate.*

*the Phoenix Central office For Incoming Inmate records uploaded into their Computerized Files their Charge of Escape-Which there's No record For it. #I went out to the Offender Services Bureau offices statewide. And the Central Inmate Processing offices statewide. PreJudicial error, a deliberate.*                    *See Ground two CONTINUATION:*

(b) Did you present the issue raised in Ground Two to the Arizona Court of Appeals?  Yes ☐       No ☑

(c) If yes, did you present the issue in a:

|  |  |
|---|---|
| Direct appeal | ☐ |
| First petition | ☐ |
| Second petition | ☐ |
| Third petition | ☐ |

(d)  If you did not present the issue in Ground Two to the Arizona Court of Appeals, explain why: _____
*I was Never Charge, or Convicted of this alleged Charge of Escape iN LR-123.553. No reason to appeal. PreJudicial error, a deliberate. I learned about this unsupported allegation When I received Pre-sentence reports and Sentencing minute entries March oF 2022.*

(e) Did you present the issue raised in Ground Two to the Arizona Supreme Court?  Yes ☐       No ☑

Ground two Continuation.

I Never knew I had an Escape Charge in my prison File until I went in Front of the
Arizona Board of Executive Clemency Via-teleType On Tuesday March 22, 2022.
Acting Chairman Mr. Michael Johnson, had in Front of him my prison File and he
ask me about the Escape. I was surprised I had an Escape charge in my File.
I told him I believe I can't recall exactly. "I don't know any thing about it."

I have No history of Escapes or Attempted Escapes Nation wide.

I tried to resolve this issue of an allege Escape within my prison File thru the grievance
process in my prison Unit Buckle Unit. All within my time Frames - No prison staff
bother to Investigate both of my Inmate grievances Violating state law.
All turn in within the time Frames prisoners must turn in paperwork.
Department order: 802-Inmate Grievance proceedure. (NON-Medical).

Exhibit: 4.               Exhibit: 5.
My Case Worker Correctional officer (C.O.) III Ms. Ramos, E. Refused to investigate my issue.
C.O. 4 Ms. Watkins or Assigne.-Grievance Coordinator (G.Coo). Refused to investigate my issue.
H.C. Duffie, Chief Probation officer and Pat Gupton, Deputy Adult Probation
officer Also wrote in their Presentence Investigation report For CR-153626
that I had been the Suspect in a murder in Texas and the prime suspect
in a murder in Arizona. Exhibit: 1. (P-7).
this allegation by both state officers is false. Maricopa County Attorneys office
Andrea Kever, Extraditions Attorney, Sent me a letter stating there's No
Information about open cases on me in the state of Arizona and Maricopa County.

Exhibit: 6.

Both state officers are in violation of state law A.R.S. § 11-2000 and must be charge
accordingly. In violation of my Constitutional Rights.

I wrote a letter To the Arizona Department of public Safety, 12/19/22, requesting a
Copy of my Criminal History Record Arizona (Nation wide). No reply up to today.

Exhibit: 7.

Clerk of the Superior Court in Maricopa County - C. Curley and C. Wilson have No Sentencing
minute entry Conviction For Duffie and Guptons' allegations of an Escape charge in
CR-123553.

**GROUND THREE:** *I was Never Charged or Convicted For Failing to appear in Court in Front of Honorable Maxily Riddel in CR-123.553. Yet H.C. Duffie, Chief Probation Officer and Pat Gupton Deputy Adult Probation Officer both allege in their Pre-Sentence Investigation Report that a bench Warrant issued. Yet they did Not Produced the warrants Numbered Caused For Verification of the Sentencing Minute entry For the allege Failing to appear in Court. Both state Workers deceived deliberately the Honorable Stephen Gerst For CR-153626.         Pre-Judicial error, a deliberate.*

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

*I was Never Charged or Convicted For Failing to appear in Court in CR-123.553. I pled guilty To 2 class 6 Felonies (aggravated assault and resisting arrest) on February 1, 1982; I was Sentenced to prison on both offenses For Concurrent presumptive terms of 1.5 years (with credit For 24 days in Jail) on April 19, 1982; and, my Mandatory release From prison date For the offenses was March 26, 1983.*
***ReFer to Exh: 2-3.***
*Two employees working For the state of Arizona H.C. Duffie and Pat Gupton both Manipulated, Modified, Falsified a state document in which they Falsified information that is Not on any Superior Court of Arizona For CR-123.553. Violating my Constitutional Rights.*
***ReFer to Exh: 2-3.***
*A.R.S. § 11-2000 Clearly states " that any state employee, Manipulates, Modifies, or Falsifies any state document is guilty of A class 5 Felony" And Must be charged as by the law.*

*Both state employees Must removed their Pre-Sentence investigation Report From my Case Number CR-153626, and my Computerized prison record File State Wide, their allegations do Not have Sentencing minute entries For any of their allegations, unsupported.*
***ReFer to Exh: 1.***

*Clerk of the Superior Court in Maricopa County - C. Curley and C. Wilson have No Sentencing minute entry Conviction For Failing to appear in Court For Duffie and Guptons' allegation Convicted For Failing to appear in Court in ER-123.553. ReFer to Exh: 1. (P-7).*

(b) Did you present the issue raised in Ground Three to the Arizona Court of Appeals?  Yes ☐     No ☑

(c) If yes, did you present the issue in a:
Direct appeal          ☐
First petition          ☐
Second petition       ☐
Third petition         ☐

(d)  If you did not present the issue in Ground Three to the Arizona Court of Appeals, explain why: _____
*this allege Charge does Not exist in CR-123.553. I was Never Charged with or Convicted For CR-153626.*
*I learned about this unsupported allegation when I received pre-sentence reports and Sentencing minute entries March of 2022.*

(e) Did you present the issue raised in Ground Three to the Arizona Supreme Court?  Yes ☐     No ☑

8

**GROUND FOUR:** _I have Never been the suspect in a Murder in texas Nor the prime suspect in a Murder in Arizona. No open cases up to today. Yet H.E. Duffie, Chief Probation officer and Pat Gupton, Deputy Adult Probation officer, in their Pre-sentence investigation report For CR-153626, they allege without proof in regards to two Murders. No investigators From texas or Arizona spoke with me about their Unfounded allegations._

_Prejudicial error, a deliberate._

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_I was Never charge or convicted For No Murder in texas or in Arizona., Nor investigated For either oNe. I was Not there when the crimes or allege crimes committed in texas or in Arizona. No open cases. Maricopa county Attorney Andrea Kever is unable to locate any open, pending cases involving me. she cleared me in her letter May 02, 2022. Yet, without proof Duffie and Gupton wrote in their pre-sentence investigation report For CR-153626, that I am a suspect in a murder in texas and/or prime suspect in a murder in Arizona. this uN supported allegations by two employees working For the state of Arizona is a clear violation of my constitutional rights and Must be removed From my prison File. It is causing me harm every time I come up For in Front of the Arizona Board of Executive clemency (the New Parole board Hearing). Needs to be removed From my prison, computerized File - Very prejudicial For me._
_Refer to Exh: 1. (P-7)._
_I was cleared by Maricopa county attorney, Extraditions Attorney: Andrea Kever._

_Exhibit: 6._

(b) Did you present the issue raised in Ground Four to the Arizona Court of Appeals?  Yes ☐        No ☑

(c) If yes, did you present the issue in a:

        Direct appeal         ☐
        First petition          ☐
        Second petition       ☐
        Third petition          ☐

(d)  If you did not present the issue in Ground Four to the Arizona Court of Appeals, explain why: _____
_I was Never charged For either oNe. But it was placed into my prison File with out proof. Prejudicial. I learned about this uNsupported allegation when I received Pre-sentence reports in CR-153626 and sentencing minute entries. March of 2022._

(e) Did you present the issue raised in Ground Four to the Arizona Supreme Court?  Yes ☐        No ☑

**Please answer these additional questions about this petition:**

13. Have you previously filed any type of petition, application or motion in a federal court regarding the conviction that you challenge in this petition?        Yes ☐        No ☑

If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.   Attach a copy of any court opinion or order, if available: _____

_____

_____

_____

_____

14. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, as to the judgment you are challenging?        Yes ☐        No ☑

If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: _____

_____

_____

_____

_____

15. Do you have any future sentence to serve after you complete the sentence imposed by the judgment you are challenging?    Yes ☐        No ☑

If yes, answer the following:

(a) Name and location of the court that imposed the sentence to be served in the future:

_____

_____

(b)  Date that the other sentence was imposed: _____

(c)  Length of the other sentence: _____

(d)  Have you filed, or do you plan to file, any petition challenging the judgment or sentence to be served in the future?        Yes ☐        No ☑

16. TIMELINESS OF PETITION: If your judgment of conviction became final more than one year ago, you must explain why the one-year statute of limitations in 28 U.S.C. § 2244(d) does not bar your petition.*

the Unsuported Allegations by Duffie & Gupton Do Not exist in CR-123553 For CR-153626. the Clerk of the Superior court in Manicopa County - E. Curley & E. Wilson have No records of All convictions in CR-123553. Duffie & Gupton Fabified this information in their Pre-sentence report For CR-153626 For the Honorable Stephen GerST. A Felony. Due to this Unsuported allegations by 2 state employees, Duffie & Gupton, For No reason at all - I've been Targeted by prison officials: Sgt. Mr. Wagner, D. Lt. Ms. Rine. Sgt. Mr. Mining J. #7607. Co II Ms. Rodriguez, P. #5429. CO 4 Ms. Lope z, E. #1524. Lt. Mr. Harris. Co II Mr. Ross, Sgt. Mr. Bong. Co II Mr. Carranza, Co II Corporal Ms. NunaMacher. Fabricating threats that Do NoT exist. PreJudicial. Due to Duffie & Gupton allegations in their Pre-sentence report - phoenix INmate records uploaded them into my Computerized File, When I am in Front of Exeutive clem enw board they look at this information & it looks bad. I was denied 13 times total. PreJudicial.

*Section 2244(d) provides in part that:

    (1)  A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.   The limitation period shall run from the latest of-

        (A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

        (C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

    (2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

17. Petitioner asks that the Court grant the following relief: this Unsupported allegations must be removed From my Computerized / hard copies File. To grant me Interstate compact transfer. To be let out From protective custody into General Population. Name change For safety reasons. this targeting's been going on For a while & is NoT going To stop.

or any other relief to which Petitioner may be entitled.   (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _January 26, 2023_ (month, day, year).

_Jose Adul Viena #044803._
**Signature of Petitioner**

_N/A._

Signature of attorney, if any                        Date

Exhibit: 1 (one)

THE STATE OF ARIZONA
        Plaintiff

      vs.

JOSE ABEL FIERRO
        Defendant

CAUSE NO. 153626

HONORABLE STEPHEN GERST

CRIMINAL DIVISION 4

SUPERIOR COURT

---

## PRESENTENCE INVESTIGATION

PRESENT CHARGE:     Count I: Murder, First Degree, a Class 1 Felony; Count II: Burglary, First Degree, a Class 2 Felony; as originally charged.

JURY VERDICT:      December 23, 1986.

DEFENSE COUNSEL:   Michael Black, court appointed.

PRESENT OFFENSE:

        As this offense resulted in a jury trial, the Court is aware of the facts and circumstances surrounding the instant offense. In brief, however, according to Maricopa County Sheriff's Office Departmental Report #85-21747:

        On September 29, 1985, at approximately 10:22 p.m., Maricopa County Sheriff's Sergeant Dorn and Corporal Gaiffe responded to 16132 East Pecos Road, Gilbert, Arizona, in reference to a burglary in which the home owner was holding the suspect at gun point. As the officers were responding they were advised by radio that shots had been fired and the home owner had been shot. Upon arriving at the scene, officers were advised by victim, Anne Manross, that the suspect had fled the scene in a brown Ford with a partial license plate of SZF. Ms. Manross further advised officers, her fiance, Merle Moseley, had been shot in the chest. Mr. Moseley was Air-E-Vac to Scottsdale Memorial Hospital in critical condition.

        On September 30, 1985, a vehicle matching the description given by Ms. Manross was stopped by Maricopa County Sheriff's Corporal Kelleher and the driver was identified as the defendant. Corporal Kelleher observed a television set in the rear seat of the car and a white T-shirt, with what appeared to be blood stains, on the front seat next to the driver's seat. A search warrant was secured and in searching the car, officers found a loaded H.& R. model 930 .22 caliber L. R. revolver between the front seat and passenger door and under the front seat on the driver's side, officers found a loaded .22 caliber Magnum model E15. Additionally, the trunk of the vehicle

PAGE 1

JOSE ABEL FIERRO                    CAUSE NO. 153626
     Defendant

---

contained three jewelry boxes and jewelry including a name tag with the name Anne Manross, a VCR, and several guns.

        The defendant was taken into custody on September 30, 1985, and after the death of Mr. Moseley on November 20, 1985, he was charged with murder in the first degree. As of sentencing, not counting the day of sentencing, the defendant has 479 days of presentence incarceration.

## RELATED OFFENSES:

        The defendant was originally indicted under cause number 152137 count I and II: attempted murder in the first degree, class 2 felonies and count III: burglary in the first degree, a class 2 felony. Count I was dismissed by a motion from the County Attorney and a jury found the defendant not guilty of count II. Count III is now count II under cause number 153626. After Mr. Moseley died, the defendant was indicted under cause number 153626.

## DEFENDANT'S STATEMENT:

        The defendant told this officer he did not want to discuss the offense or his family background. He stated everything he wanted to say had been said in Court and he had no further comments to make.

## STATEMENT OF VICTIMS:

        Anne Manross related she and Joe Moseley had known each other for several years and had a very close and mutually supportive relationship. In June of 1986, they bought a ranch in Gilbert and began living together. The purchase of this property fulfilled their long time dream. Upon Mr. Moseley's death, Ms. Manross could not afford the payments on the ranch and the property was sold at a loss.

        Ms. Manross advised, Mr. Moseley was in critical condition from the time he was admitted to the hospital until the day he died, and doctors did not think he would live through the first night. Mr. Moseley lived for two months in spite of the loss of a kidney and extensive damage to other organs. Mr. Moseley underwent seven surgeries in an attempt to save his life. According to Ms. Manross, Mr. Moseley lived so long because of his strong will to do so. Although there were periods of unconsciousness for the most part he was aware of what was happening to him and the seriousness of the situation. Ms. Manross related he was extremely frustrated at not being able to communicate either by talking or by writing. The physical pain he endured and the fact he was aware of the severity of his injuries, caused him extreme emotional stress and mental anguish according to Ms. Manross.

STATE 000338

JOSE ABEL FIERRO
      Defendant

CAUSE NO. 153626

---

Ms. Manross informed she has suffered extreme emotional stress and depression and has been in counseling since Mr. Moseley's death. She did not work while Mr. Moseley was in the hospital as she stayed with him day and night. When she finally returned to work, she was only able to work twenty hours per week. Even though Mr. Moseley died over a year ago, she is just now beginning to rebuild her life. She continues to be involved in counseling and no date has been set for her termination.

Even though Ms. Manross is not requesting restitution, it should be noted that her financial loss has been considerable. She lost a total of 575 hours at work, including 200 hours of sick and annual leave time. Considering she earns $11.00 per hour, this is a total loss of wages in the amount of $6,325.00. Additionally, as of August, 1986, Ms. Manross has had to pay 20 percent of her counseling fees. Previously, this was covered by the Victim Witness Program. Although all of the items taken in the burglary have been recovered, she has been told by police authorities, it may be years before she gets her possessions back.

Ms. Manross also wanted to advise the Court that the loss of Mr. Moseley was devastating to his mother who relied on him for emotional and financial support, his children, and her son. Ms. Manross stated Mr. Moseley had been involved in her son's life since he was nine. Upon hearing of Mr. Moseley's death, her son told her, "Joe was more of a dad to me than my own father."

Ms. Manross recommended the defendant be given the death penalty. She bases this recommendation on the fact the defendant was convicted in the past of violent crimes, was on parole on the time of the instant offense, the fact she does not feel he can be rehabilitated and the need to protect the community. Ms. Manross concluded by saying, "He had no regard for Joe's life and I have no regard for his."

The victim's mother, Irma Moseley, told this officer she is still in a state of shock and cannot get over the fact her son is dead. She stated she thinks of him all of the time as he was her "right arm." She advised her son was building a house for her on his property, so he could look after her. He has always helped her out financially and now this support is gone. She recommended the defendant receive the death penalty because of what he did to her son and because it is her understanding he has killed other people in the past.

The defendant's daughter, Ann Moseley, stated she and her siblings all agree the defendant deserves the death penalty. The death of her father has been traumatic for all of them and she and her sister are both in therapy as a result of their father's death. She is especially concerned about her grandmother, as her grandmother has been extremely depressed since her father's death and she has also been deprived of his financial support.

PAGE 3

STATE 000339

JOSE ABEL FIERRO                        CAUSE NO. 153626
          Defendant

---

Amy Moseley related she is in counseling as a result of her father's death and she recommended the defendant receive the death penalty so no one else will have to go through what she and her siblings have had to endure.

The defendant's son, Robert Moseley, recommended the defendant receive the death penalty. He realized no one has received the death penalty in the state of Arizona for many years; therefore, he recommended if the defendant is not put to death he remain in prison for the rest of his life with no chance of parole.

The executor of Mr. Moseley's estate, Herb Bool, advised this officer the estate paid medical bills in the amount of $10,000.00 and funeral expenses of $8,000.00. Mr. Bool recommended the defendant be executed in the gas chamber.

STATEMENT OF REFERENCES AND INTERESTED PARTIES:

County Attorney Noel Levy provided this officer with a memorandum stating the facts of the case as well as the aggravating circumstances and his recommendation. Mr. Levy stated the State is requesting the death penalty as the defendant has been and remains an extremely dangerous individual who will kill given the opportunity. The aggravating circumstances noted by County Attorney Levy are as follows:

1. The defendant had previously been convicted of the following felonies: Maricopa County, 1982, aggravated assault and resisting arrest; Texas, 1978, aggravated assault on a police officer and robbery; and Texas, 1983, burglary of a vehicle.

2. In the commission of the offense, the defendant knowingly created a grave risk of death to Anne Manross, in addition to the victim, Merle Moseley.

3. The defendant committed the offense in expectation of keeping the fruits of the crime, being the theft committed in the course of the burglary, the shotguns, revolvers, VCR, jewelry, and other property he stole from the Moseley's residence the night of September 29, 1985. In addition he had the revolver he had previously stolen from the Vogt residence on September 27, 1985.

4. The defendant committed the offense in an especially cruel manner in the sense the victim, Merle Moseley, lingered in the hospital, and underwent seven surgical operations until he died on November 20, 1985. The findings of the medical examiner, Doctor Thomas Jarvis, showed the victim had peritonitis through the entire bullet track, and

PAGE 4

STATE 000340

JOSE ABEL FIERRO
        Defendant

CAUSE NO. 153626

---

based on the additional findings of Doctor Weyland, it appeared he had continuous peritonitis and sepsis following the first surgical procedures on September 29, 1985. The bullet entered the right chest and wounded the right lung, perforated the entire liver, and struck and destroyed the left kidney.

Mr. Levy further stated the defendant had been in prison for major felonies throughout his adult life with his final act being the shoot out at the residence of Joe Moseley and Ann Manross, the defendant deserved no further consideration and appeared to meet no mitigating circumstances and the aggravating factors under the statute appear to make the defendant eligible for the death penalty.

Court appointed Michael Black advised he had no recommendation to make to this officer but would make his recommendation in a sentencing memorandum to the Court.

Maricopa County Sheriff's Detective Marley told this officer that the defendant was under investigation for prior homicides. One in El Paso, Texas, and one in Arizona, where he was the prime suspect. According to Detective Marley, the case still has not been closed. Detective Marley recommended the defendant receive the death penalty considering the fact he was on parole when he committed the instant offense and also because of the suffering the victim endured.

Immigration was notified of the defendant's arrest. They related the defendant's A number is 30546867 and he was originally deported on July 2, 1985, through Brownsville, Texas. They have been aware of the charges against the defendant and a detainer was placed on him over a year ago.

The defendant's ex-wife, Peg Moseley, stated the death of Joe Moseley has been devastating to their children. She stated the children will never have the affection or guidance of their father again. She stated she does not understand how anyone like the defendant could be allowed to be in society without any restraints placed on him. Considering the defendant's prior criminal record and the fact he killed her ex-husband, she recommends he receive the death penalty.

This officer received numerous letters regarding victim, Joe Moseley, which are attached for the Court's perusal. These letters portray Mr. Moseley as a compassionate, caring man who had everything to live for. He was a successful attorney who was admired by all, a loving concerned parent and a friend to many. His death has been devastating to those that knew and loved him.

PAGE 5

STATE 000341

JOSE ABEL FIERRO                        CAUSE NO. 153626
            Defendant

---

PRIOR RECORD:

### JUVENILE:

Due to the defendant's age, information from juvenile authorities is not available; however, the F.B.I. shows the following information:

| ARREST DATE | PLACE OF ARREST | CRIME/DISPOSITION |
|---|---|---|
| ✓ 8-3-75 | Miami, AZ | Possession of dangerous drugs, armed robbery/ Committed to the State Department of Corrections. |

### ADULT:

An inquiry with the Maricopa County Sheriff's Office, the Arizona Department of Public Safety, the Phoenix Police Department, the F.B.I., and the defendant's statements made in prior presentence reports revealed the following information:

| ARREST DATE | PLACE OF ARREST | CRIME/DISPOSITION |
|---|---|---|
| 3-1-76 | Phoenix, AZ | Theft of motor vehicle, misdemeanor/Placed on 1 year probation on 12-6-76 under CR #92968. |
| 3-76 | Phoenix, AZ | Burglary/Noted in presentence report dated 11-15-76 as pending charges. No disposition noted. |
| 7-25-76 | Phoenix, AZ | D.W.I.-misdemeanor, disturbing the peace/No complaint signed. |
| 3-7-77 | Phoenix, AZ | Speeding, changing lanes, driving under suspension, D.W.I./No disposition noted. |
| ✓ 7-15-78 | El Paso, TX | Two counts aggravated assault and aggravated robbery/The defendant convicted on both charges and committed to prison for 6 years. Paroled on 6-1-81. |
| 8-25-79 | Houston, TX | Immigration violation/Deported to Mexico via Brownsville, TX, on 7-1-81. |

PAGE 6

STATE 000342

JOSE ABEL FIERRO                    CAUSE NO. 153626
        Defendant

| | | |
|---|---|---|
| 10-12-81 | Chandler, AZ | No driver's license/No disposition noted. Assault with a deadly weapon/The defendant told previous officer he was given time served. Possession of stolen property/14 days. |
| 12-1-81 | Phoenix, AZ | Aggravated assault, escape, unlawful flight from law enforcement vehicle, D.W.I., no driver's license, failure to drive on right side of road/Sentenced to 5 years in the AZ Prison under CR #123553 on 4-19-82. Paroled on 2-11-83. |
| √ 6-11-83 | Texas | Burglary of vehicle/Committed to Texas DOC for 5 years on 9-23-83. The defendant was released on administrative leave on 6-12-85. |
| 9-30-85 | Phoenix, AZ | Murder, burglary, attempted murder, aggravated assault/The instant offense. |

Additionally, the defendant has been the suspect in a murder in Texas and the prime suspect in a murder in Arizona.

On December 6, 1976, the defendant was placed on one year probation under cause number 92968 for theft of a motor vehicle, a misdemeanor. During the course of this probation grant, the defendant was charged with assault with a deadly weapon and burglary. Additionally, he absconded from jurisdiction, did not report as directed, changed his place of residence without permission, and failed to pay restitution as ordered by the Court. A bench warrant was issued for the defendant's arrest; however, he was not apprehended prior to expiration of his probation; therefore, he was given an unsuccessful discharge from probation in December of 1977.

On March 1, 1982, the defendant was to appear in the Honorable Marilyn Reidell's Court for sentencing under cause number 123553 for aggravated assault, a class 6 undesignated offense and resisting arrest, a class 6 undesignated offense. When the defendant did not appear, a bench warrant was issued. The defendant was later apprehended and on April 14, 1982, he was sentenced under cause number 123553 to five years in the Arizona State Prison.

SOCIAL HISTORY: As the defendant refused to be interviewed, the presentence reports dated November 15, 1976 and February 22, 1982, have been attached to this report in order to provide the Court with the defendant's social history information.

PAGE 7

STATE 000343

JOSE ABEL FIERRO                              CAUSE NO. 153626
            Defendant

_____

## FINANCIAL STATUS AND EVALUATION:

As the defendant has been incarcerated for 479 days, there is no income to report to the Court.

The probation officer has considered the following factors in determining the manner of payment:

1. Defendant's age:  twenty-eight.
2. Defendant's income:  none.
3. Defendant's assets:  unknown.
4. Defendant's education:  G.E.D.
5. Defendant's obligation to support dependents:  none.
6. Defendant's employment history:  unknown.
7. Defendant's prospects for employment:  incarcerated.
8. Others:  none.

Based on the above, it is recommended the defendant pay restitution, through the Clerk of the Court per the attached restitution ledger sheet.

## DISCUSSION AND EVALUATION:

Before the Court for sentencing is twenty-eight-year-old Jose Abel Fierro, who has been found guilty by jury trial of count I:  murder, first degree, a class 1 felony; and count II:  burglary, first degree, a class 2 felony.  The victim in this offense, fifty-two-year-old, Joe Moseley, died two months after being shot by the defendant.  According to those who were with him, he died an extremely agonizing and painful death.

Since the defendant refused to talk to this officer, his comments regarding the instant offense are not included in this report, nor are this officer's observations and perceptions of him included.  A review of the defendant's social history taken from two previous presentence reports, does not show any events that would have a significant bearing on the present offense.  In fact, it appears the defendant had a very unremarkable and mundane childhood.  The defendant indicated to previous probation officers, he was the product of a good family, with close relationships between family members and he always felt secure within his family unit.  He further indicated he dropped out of Higley High School but eventually acquired his G.E.D. at Mesa Community College.

The defendant's prior criminal record, indicates a propensity towards violent and destructive behavior starting when he was a juvenile.  At age seventeen he was arrested for possession of dangerous drugs and armed robbery, resulting in the defendant being committed in the State

PAGE 8

STATE 000344

JOSE ABEL FIERRO                    CAUSE NO. 153626
        Defendant

Department of Corrections.  As an adult he was on probation but given an unsuccessful termination.  Subsequently, he was sentenced to prison on three occasions in the states of Arizona and Texas, and was on parole from Texas at the time of the instant offense.  Obviously, his previous sanctions of incarceration did not deter his violent behavior or his propensity for further criminal activities.  Additionally, the defendant has been a suspect in a murder in Texas and the prime suspect in a murder in Arizona.

The defendant killed Mr. Moseley when Mr. Moseley arrived home and found the defendant burglarizing his home.  According to victim Anne Manross, the defendant stated he was unarmed but later produced a gun and shot Mr. Moseley.  Obviously, the defendant was prepared to take a human life if necessary, as he was in possession of a loaded gun when he committed the burglary and as the instant offense shows, he did not hesitate to use it.  As a result of the defendant's action, a man is dead and the lives of the many people who knew and loved him will never be the same.  The defendant has deprived several people of Mr. Moseley's financial and emotional support and as a direct result of his death, his fiancee and two of his children are in counseling trying to cope with their personal loss.

Considering all available information, the only conclusion that can be drawn, is that the defendant is an extremely dangerous individual who has little value for human life, which makes him a very serious threat to the safety and welfare of the community.  As the defendant took another life when engaged in committing a burglary for pecuniary gain, in this officer's opinion, the defendant does not deserve leniency but should be punished to the full extent of the law.

In making the recommendation below, the following factors were considered:

1.  The serious nature of the offense.
2.  The defendant was armed with a weapon at the time of the offense.
3.  The defendant's prior criminal history, which includes previous offenses of a violent nature.
4.  The fact the defendant was on parole from the state of Texas when the offense was committed.
5.  Numerous secondary victims are suffering emotionally as a result of this incident.
6.  The recommendation of victims and interested parties.
7.  The suffering endured by the victim before he died.
8.  The fact the defendant was on probation and parole previously and continued to engage in criminal behavior.
9.  The protection of the community.

PAGE 9

STATE 000345

JOSE ABEL FIERRO
       Defendant

CAUSE NO. 153626

RECOMMENDATION:

         It is respectfully recommended that the defendant be sentenced in accordance with the law. The defendant has served 478 days of presentence incarceration not counting the day of sentencing. It is further recommended the defendant pay restitution in the total amount of $18,000.00 per the attached ledger sheet; and that the defendant pay a $200.00 felony penalty assessment to the Victim Compensation Fund through the Clerk of the Court.

                    Respectfully submitted,

                    H. C. Duffie
                    Chief Probation Officer

I have reviewed and considered
the probation officer's report.

                    By: _Pat Gupton_
                    Pat Gupton
                    Deputy Adult Probation Officer
                    262-3580

Judge:_____

Date:_____

                    PG:cs:1290c
                    January 19, 1987

STATE 000346

Exhibit: 2 (two).

# IN THE SUPERIOR COURT
## OF
### MARICOPA COUNTY, STATE OF ARIZONA

*C 6*

OFFICE DISTRIBUTION

| | |
|---|---|
| APPEALS | |
| BONDS    REFUND | |
| | FORFEITURE |
| CHANGE OF VENUE | |
| JURY FEES | |
| REMANDS | |
| SENTENCING | |

| 10G | February 1, 1982 | HON. MARILYN RIDDEL |
|-----|------------------|---------------------|
| DIV | DATE | JUDGE OR COMMISSIONER |

WILSON D. PALMER, Clerk
Dep.th
H.Korbacher

| | |
|---|---|
| **CR 123553** | State of Arizona |
| | vs. |
| **Related Cases:** | JOSE ABEL FIERRO |

County Attorney
By: **William Moore**

Adult Probation Office

~~Maricopa County Sheriff's Office~~

**Grant Woods - P.D.**
Defense Counsel

### PLEA AGREEMENT/CHANGE OF PLEA
### (No Prior Conviction Alleged)

The State is represented by the above-named deputy; defendant is present with above-named counsel.  Court Reporter: _____
Cynthia Zemenski

FILED:  Plea Agreement signed by defendant and counsel.

The State moves to dismiss  **CT III Aggravated Assault**

Defendant states true name is as noted on the agreement.

Defendant states to the Court a desire to enter a plea of guilty to the crime of  **Aggravated Assault and Resisting ARrest**

both
✗ class __6__ felony/~~misdemeanor~~/open end offense, under A.R.S. 13-1204, 1203, 701, 702, 801;  2508, 701, 702 and 801 a nondangerous/~~dangerous~~ and nonrepetitive offense.  No prior felony conviction is alleged.

The Court advises the defendant as to the range of possible sentences for the offense, including whether or not probation is available and any other conditions imposed by statute including special requirements for probation, if available.  The Court further advises the defendant as to all constitutional rights waived by the plea agreement.

Upon inquiry, the Court finds the defendant desires to forego the constitutional rights; that the plea is made knowingly, intelligently, and voluntarily, not the result of force, threats, or

CLERK OF THE COURT
MAIL DISTRIBUTION CENTER

1601-132

Received:  FEB 2 1982

Processed:  FEB 8 1982

(Continued Next Page)

Page 27th
1 of 2

# IN THE SUPERIOR COURT

## OF

### MARICOPA COUNTY, STATE OF ARIZONA

| | OFFICE DISTRIBUTION |
|---|---|
| APPEALS | |
| BONDS REFUN. | |
| FORFEITURE | |
| CHANGE OF VENUE | |
| JURY FEES | |
| REMANDS | |
| SENTENCING | |

__10G__   __February 1, 1982__   HON. __MARILYN RIDDEL__     WILSON D. PALMER. Clerk
DAY                        JUDGE OR COMMISSIONER        H.Korbacher   Deputy

CR 123553     STATE OF ARIZONA vs. __FIERRO__ _____ (continued

Related
Cases:

promises; that there is a factual basis for the plea; and that the
defendant understands the range of sentences and other penalties
available.

The defendant pleads guilty.

The plea of the defendant of guilty is accepted and entered of
record to the crime of __Aggravated Assault and Resisting Arrest__

_____

__both__
a class ____6____ felony/~~misdemeanor~~/open end offense; committed on
__Dec 1, 1981__ ; in violation of A.R.S. 13-1204, 1203, 701, 702,
__both__
13-2508, 701  702 ; a~~nondangerous/~~dangerous~~ and nonrepetitive offense
__801__
ORDERED setting for entry of judgment of guilt and sentencing
in Div. __10G__, Judge __Marilyn Riddel__ , at __9:00 a.m.__
on __March 1, 1982__ .

ORDERED a presentence investigation and report be made and the
defendant, if not in custody, shall immediately report to the Adult
Probation Department.

Any motions to dismiss will be deemed submitted until the time
of sentencing.
ORDERED affirming prior custody orders.

ORDERED vacating the trial date of ____ __February 16, 1982__

Green Slip issued

CLERK OF THE COURT
MAIL DISTRIBUTION CENTER
Received: FEB 2 1982
Processed FEB 8 1982

1601-132 :8

Exhibit: 3 (three).



**DEPARTMENT OF CORRECTIONS**
**ARIZONA STATE PRISON**

FILE
CR 123553

C. MacDOUGALL

**January 20, 1983**

Hon. Marilyn Riddel
9th Floor, East
East Court Building
101 West Jefferson
Phoenix, AZ    85003

Dear Judge Riddel:

RECEIVED
MARILYN RIDDEL

JAN 21 1983

JUDGE OF THE
SUPERIOR COURT

1983 JAN 24 PM 1:03

This is to inform you that the Arizona Department of Corrections has implement-
ed a policy effective December 22, 1981 to advise the committing court, county
attorney's office and the arresting agency, if known, regarding inmates who are
being considered for release to the community.

The individual listed below is currently incarcerated in our insitution and is
eligible for Mandatory Release under A.R.S. 31-413B. A pre-release package has
been developed and submitted to the Adult Parole Services Division, who will
conduct a community pre-release investigation. It should be noted that the
Director of the Department of Corrections has the authority to approve a
Temporary Release per A.R.S. 31-233B.

DONALD WAWRZASZEK, Institution Administrator

BY *Mark A Wadsworth*
MARK A. WADSWORTH, Records Supervisor

NAME: **FIERRO, Jose Abel** _____ ADOC# **44803** SS# **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** DOB: **3-27-58**

SENTENCING JUDGE: **Marilyn Riddel** ____ COUNTY **Maricopa** ____ CAUSE# **123553**

COUNTY ATTORNEY: **Tom Collins** ____ SRD: **3-26-82** ARRESTING AGENCY: **Phoenix PD**

OFFENSE(S): **Agg. assault; resisting arrest**

SENTENCE(S): ____ **1.5 yrs ea ct cc** ____ MANDATORY RELEASE DATE: **3-26-83**

cc: Mr. Tom Collins, Maricopa County Attorney
    MR. Don Russell, Phoenix Pd

**AN AFFIRMATIVE ACTION / EQUAL OPPORTUNITY EMPLOYER**

Exhibit: 4 (Four).

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

Please type or print in black or blue ink.
(To be completed by staff member
initially receiving appeal)

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

| Received By: | Casto |
| Title: | CWB |
| Badge #: | 5847 |
| Date: (mm/dd/yyyy) | 7/14/22 |

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Fierro, Jose A. | 044803 | 07/14/22 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ADCRR-Buckley Unit 2C02 | N/A |

TO: Assistant Director or Designee.

I am appealing the decision of D.W. Girkie & Assignee _____ for the following reasons:

I did Not Recieved a Response To my I/m griev. within 15 wordays dated 04/20/22. Nor my I/m informal Complaint Resolution #22-038242. For this reason alone: I have Fully exhausted all of my I/m griev. procedures available to me within my assigned Unit Buckley. 9) the time Frames For the Response have been way over exceeded.
Staff at Buckley Unit & Lewis Complex are Targeting, Single me out into Something that I have Never Committed & this Office Must investigate thoroughly. Staff at Buckley refuses To investigate & resolve.

Attachments; See Continuation sheet Form 105-5.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Jose Fierro #044803. | 07/14/22 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Continuation Sheet**

To be used as a continuation for all reports. Indicate sections being continued.

Date 07/14/22.

Report Number N/A.

this office Needs to look Into this issue & resolved, out of my Control.
I have No options but to turn in paperwork as Mandated by Policy yet
your staff Completly ignores your orders thru policy to respond &
Fail to do so. my issue is Serious Needs to be resolved as
Soonest possible. Property lost thru harassment by Multiple
staff Members. Buckman Detention Unit Rast/mad. Unit.
Morey Unit. Buckley Unit. Property grievances Not Processed
Properly Nor replacement of Property. this coming From Administration
(DTC's Grievance Coordinators.)

Attachments:
I/m Grievance. Form 802-1. (1-page). Dated 04/20/22.
I/m Informal Complaint Resolution with attachments. Dated 03/24/22. (6-pages).
Formal Complaint against staff. Dated 04/11/22.
Formal Complaint against staff. Dated 03/21/22.
Formal Complaint against staff. Dated 12/03/20.
Formal Complaint against sgt. Wagner. Directed to Director, Shinn. 02/01/22.
Formal Complaint against staff. Dated 04/12/22.

Employee Name (Last, First M.I.)
Castro A Cess

Employee Signature and Badge Number
5847

Date
7/14/22

105-5
11/26/03

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance**

2 CO2.

Sanchez

TITLE: CO III

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

BADGE NUMBER: 13202

DATE (mm/dd/yyyy): 4-20-22

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Fierro, Jose A | 044803. | |

INSTITUTION/FACILITY: ADOC RR-lewis-Buckley.

CASE NUMBER:

TO: GRIEVANCE COORDINATOR: CO III Ms. Watkins or Assigne.

**Description of Grievance** (To be completed by the Inmate) I did Not Received a Response To my inF. Comp. Res. Form 802-11. #22-038242. With is work days by staff. Time Frames For the Response have been exceeded. staff did Not investigate Srattempt To Resolve my issue w/coII Rodriguez. CO I Torres. Or w/L.I.P. staff. lewis Complex. Or Sgt. Minino whom initiated this issue On June 6-7, 2021 & CO I Paredes. CO II Garcia & I we spoke Together & both stated all good the day aFter my inappropiate language to them. Sgt. Bolger Present. Investigated No merits For write up. staFF reFused to give me my issue oF milk. they reFused To review Security Camera in house. CO I Paredes & Garcia decided to do an I.R. on me along w/ sgt. Minino, Sgt. & CO I Ms. lopez Request my Removal From Buckley. Targe t me w/A thread To staFF & Escape Risk. Multiple Unit's Follow suit w/ Harassment by losing all my property. staFF Continous To Manufacture threats that Do Not exist. CO I Ms. Contreras-Nshi. 03/19/22. Mr. Gutierrez Present. CO I Ms. Herrera. C.I.P. Transp. 04/09/22. CO I Camacho & Co-worker L.I.P. 04/11/22.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?) Formal Complaint against CO II Rodriguez. CO I Torres. Form 916-1. 03/21/22. & 04/01/22. & Sgt. Wagner 12/03/20. 02/03/21. INF. Res. Form 802-11. #22-038242. CO II Herrera. 04/12/22. All Attached to this Im Grievance. Paralegal Ms. Wilborn reFuse to make Copies. D.O.C. related. OuT of my Control. Transfer to another State Prison is Appropiate. I am already a Target too Many I.R's Show me the ProoF that I have Committed this allege allegations by Sgt. Wagner. Sgt. Minino. CO I lopez. & Buckley Administration. Records oFFice.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Jose Fierro #044803. | | | |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|
| | |
| | |
| | |
| | |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**    2C02.

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Fierro, Jose A. | 044803. | ADCRR-Buckley | 03/24/22. |

| TO | LOCATION |
|---|---|
| IOIII Ms. Ramos, E. | H.U.2. Blueside. Buckley Unit. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I am attempting To informally Resolve the following problem..." Information Report—Relating to an allege Escape charge.

Ms. Ramos, on my way to dental, mon. 03/21/22, IoII Rodriguez #5429, initiated a verbal/communication w/ transportation staff IoII Ms. Torres. Relating to an allege Escape charge. that I am an Escape risk. Once in the H.U.B. IoII Torres, took this information To intake Transportation. therefore staff indirectly brought it to my attention & here we are Ms. Ramos.

Ms. Ramos, I Need To know From where Ms. Rodriguez got this information & who ordered her To pass it along To Transportation staff.

Ms. Ramos, I Need to get To the bottom of this Fabricated allegation. Since 03/19/22, this allegation has been intensefying by the Sgt. on call when she was called in To my cell by IoII Ms. Saad & IoII Mr. Gutierrez. I do Not know what they found but one of the three staff members turn in an information Report on myself. Staff continues To Manufactured threats that do Not exist. My prison record speaks for itself.

Staff searched my cell around 8-8:30 p.m.

Ms. Ramos, please provide me the Name, badge # of the Sgt. that was called in to my cell sat. 03/19/22.

Received by: _____ #13802

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Jose Fierro #044803. | 03/24/22. thu. |

Have you discussed this with institution staff?    ☐ Yes    ☒ No

If yes, give the staff member name:

Distribution:  INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
           FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

Arizona Department of Corrections
Rehabilitation and Reentry
Inmate Letter

*2002*

*Handwritten Copies*

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Fierro, Jose A | 044803 | ADITR-Buckley | 03/21/22 |

TO: D.W. Mr. Birkie

LOCATION: Administration-Buckley.

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Re: Formal Complaint against Lt. Ms. Rodriguez, P.#5429 & Lt. Ms. Torres, Transportation.
Issue Involved: Manufacturing threats.

See Also E-Unit Ltr. Ref #ECI-A2L290001251519 (03/10/2022)

Mr. Birkie, the following issue was brought to my ATTN-Indirectly by staff Lewis Complex H.U.B. Mon. 03/21/2022.

For the Second time I am writing to you w/the following issue:
Staff Continues To manufacture threats that Do NOT exist. Mon. 03/21/2022.
my prison Record speaks for itself.

Lt. Ms. Rodriguez, initiated a verbal Communication w/Lt. Ms. Torres, Transportation.
that I am an Escape Risk. Brought to me, Indirectly, by staff at Complex
Medical. This false accusations are creating me issues w/staff every
where I go. You Need to place a halt on this Fabrications.

Also you must Investigate what is Lt. Ms. Rodriguez's problem w/me.?

Because I do NOT have No issues w/Ms. Rodriguez.
I am requesting disciplinary action be brought To all staff involved.

Your Valuable assistance is Much appreciated.
(Ref #ECI-A2L290001277369, 03/21/2022.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Jose Fierro #044803 | 03/21/22. MON. |

Have you addressed this with Department staff?  ☒ Yes  ☐ No
If yes, give the staff member's name and the date you addressed with them:

Staff: No Names. Preventing Retaliation.
(Staff Member's Name) (Please print)     (Date addressed)

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution:  Original – Master File
Copy - Inmate

P. 1 of 6

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**
Handwritten Copies.

2C02

Requests are limited to one page and one issue.  NO ATTACHMENTS PERMITTED.  Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Fierro, Jose A. | 044803- | ADCRR-Buckley. | 04/01/2022. |

| TO | LOCATION |
|---|---|
| D.W. Mr. Birkie | Administration-Buckley. |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

Re: Formal Complaint against CoII Mr. Diaz #12953.
Issue Involved : Manufacturing threats that do Not exist, Wed. 03/30/2022. deliberately.

Mr. Birkie, today, Fri. April 1st, 2022, I learned that CoII Diaz Manufacture a threat that do Not exist on Wed. 03/30/22 : His main objective is to make me look like I am a trouble maker. All I did is to carry a conversation in Spanish a question. But somehow he twisted my words into something Negative that does Not exist. Please Investigate. I am requesting disciplinary action be brought against Mr. Diaz. this harassment/Retaliation, for No reason, Needs to stop, this is the reason why I keep my Mouth shut-staff always twisting my words around. Some. I believe this is due for the Formal Complaint dated. Mon. 03/21/22.

Your Valuable assistance is much appreciated.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Jose Fierro #044803. | 04/01/2022. Fri. |

Have you addressed this with Department staff?   ☐ Yes  ☒ No
If yes, give the staff member's name and the date you addressed with them:

_____     _____
(Staff Member's Name)  (Please print)              (Date addressed)

*Note:  Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

Distribution:   Original – Master File
                Copy – Inmate

P. 2 OF 6

916-1
7/25/19

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

*Handwritten Copies*

**2B09.**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Fierro, Jose A. | 044803. | ASPC-L-Buckley | 12/03/20. |

| TO | LOCATION |
|---|---|
| D.W. Mr. Walker | Administration-Buckley. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Formal Complaint against Sgt. Wagner. Harassment.

Mr. Walker, I Need your help with the following problem with Sgt. Wagner.

Mr. Walker, Since my arrival to RtH Friday 08/30/19, Never had a problem with staff of this Magnitude. Since Sgt. Wagner saw me he got me on his "Cross hairs", and without hard Facts within my File, he brought this personal opinions to the attention of Lt. Ms. Rine and she follow suit.

Mr. Walker, I would like to know what am I doing so wrong that's so bad for Sgt. Wagner label me an Escape Risk to the point of bringing down on me your entire stuff for No Reason?

look Mr. Walker the only possible thing I could think of is my Normal routine when I go to recreation- Fast walk & slow Jogging. I Need to do this as many times as Possible-Exercices-Per Provider Ms. Nicole Johnson. I am Suffering from Bulging, Herniated disc. Sciatica. Pinched Nerves of Right leg. Severe Neuropathy. IF you do Not believe me call her. I um on on going Pain-daily-Nightly. Since my incarceration 1987 in ADOC. I have No Escapes Nor attempt Escapes. So please call off your staff and let me do my time in peace- I Need No Further harassment.        thank you.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Jose Fierro #044803 | 12/03/20.  thu. |

Have You Discussed This With Institution Staff?   ☐ Yes   ☒ No

If yes, give the staff member's name:

**Note:** Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

P. 3 of 6

**ARIZONA DEPARTMENT OF CORRECTIONS**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

**Inmate Letter**
Handwritten Copies.

2B09

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Fierro, Jose A. | 044803. | ASPC-L-Buckley RTH | 02/02/2021. |

| TO | LOCATION |
|---|---|
| DW. Mr. Walker, D. | Buckley Administration. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Re: Formal complaint against Supervisor Sgt. Wagner, D.
Issue Involved: Harassment, Serious. Beginning 11/30/20.

Mr. Walker, I need your assistance with the following problem:
Since Monday, November 30, 2020, Sgt. Wagner, has singled me out for No reason(s) at all a Security risk. I can understand if I did something that involves "Security risk issues" but I have Not. Since Sgt. Wagner's arrival to Buckley Unit - he started making up "Security risk issues" on me with Lt. Ms. Rine, samedate. I never had a problem prior to November 30, 2020. this Needs To be resolved Mr. Walker. IF this issue can Not be resolved. For this reason alone Mr. Walker, I need your help to recommend me to SMU-1 or SMU-II. Ey man complex Florence. Better for all parties involved. I would appreciated Very Much.

thank you for your Valuable Time and Consideration given.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Jose Fierro #044803. | 02/02/2021.   tve. |

Have you addressed this with Department staff?   ☐ Yes   ☒ No
If yes, give the staff member's name and the date you addressed with them:

_____   _____
(Staff Member's Name) (Please print)          (Date addressed)

*Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

P. 4 of 5

Distribution:   Original – Master File
Copy - Inmate

916-1
7/25/19

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**    *Handwritten Copies.*    2C02.

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Fierro, Jose A. | 044803 | ADC-RR-Buckley. | 04/12/2022. |

| TO | LOCATION |
|---|---|
| D.W. Mr. Girkie. | Administration-Buckley. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Re: Formal Complaint against E.I.P. Transportation staff CoII Ms. Herrera. Sat. 04/09/22.
Issue Involved: I.R. Manufacturing threats that DO NOT EXIST.

Mr. Girkie, CoII Herrera, used to work here at Buckley Mail/prop. Room & sometimes, Fridays, posted at 2-C/D pod. Due to all the Negative talk against me during briefings she could Not stand me at all. Sometimes my mail returned back to me or misplaced. I Never said anything kept it to myself - why make it worse.?    I re-mail it - sister Said she Never received it.
On Sat. 04/09/22, 3 other I/ms' & myself went offsite Medical. 6.I. appointment. transported & escorted by CoII Mr. Hernandez & CoII Mr. Vargas, M. Tailing our Van is CoII Herrera & a male staff member. Upon arriving to medical site Ms. Herrera took it upon herself to escort me in To waiting Room for medical staff Consult, this gave me a bad feeling. I am requesting disciplinary action against CoII Herrera.
Next day Sun. 04/10/22, Indirectly, staff brought it to my Attn. that CoII Herrera turned in an I.R. on me. Regarding a threat that DO NOT exist. & again' Mon. 04/11/22.

Mr. Girkie, this issue that I'm going thru was initiated by Sgt. Wagner Followed by Sgt. Minino 06/07/21. I turned in Multiple Complaints to D.W. Walker & took No action, begining 12/03/20.
I came to P.I. to get away From enemies. Now is Not the enemies I need to worry about but Some of your staff go out of their way to make my time harder. All because someone committed/fabricated a threat that DO NOT exist within my file. I Need to get to the bottom of this issue ● Staff calls me a liar - IF I am than Prove me Wrong, with all due respect.
                                                thank you For your time.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Jose Fierro #044803 | 04/12/2022.  tue. |

Have you addressed this with Department staff?    ☐ Yes    ☒ No
If yes, give the staff member's name and the date you addressed with them:

_____    _____
(Staff Member's Name) (Please print)           (Date addressed)

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

P. 5 of 6.

Distribution:    Original – Master File
                Copy - Inmate

916-1
7/25/19

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**
Hand Written Copies

2-C02

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Fierro, Jose A. | 044803 | ADOE RR-Buckley. | 04/11/22 |

| TO | LOCATION |
|---|---|
| D.W. Girkie. | Administration-Buckley. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Re: Formal Complaint against C.I.P. Staff COII Mr. Camacho & Co-Worker a female staff. Mon. 04/11/22.
Issue Involved: Retaliation, For Filing Complaints against COII Rodriguez & medical staff COII torres, 03/21/22.

Mr. Girkie, I am beginning to realize that any staff member can turn in information Reports Fabricating threats that DO NOT exist. I've been incarcerated For over 36 yrs. & those threats can NOT be Found w/IN my File. Not looking good For me.

On Monday 04/11/22, today, I went to C.I.P. For a New I.D. Upon my return once again your staff, indirectly, were telling me that C.I.P. staff Mr. Camacho & Fem. staff, Co-Worker - Sent an F7mail to I.M.O. staff Buckley, regarding a threat. Making me, once again, look bad. He had No reason or Justification. Mr. Girkie, this was INitiated by Buckley staff, wipp-Loo. COII Mr. Cortez were informed during briefing once I arrived into 2-C02. I can't get a Job that I used to hold IN G.P. which I have No problem with. Maybe one of this decades I will get one - I hold my breath, Not.

I am requesting disciplinary action against COII Camacho & co-worker.

Mr. Girkie, please understand one thing: I am Not making threats of any Kind to No one, this only makes matters worse.
Mr. Girkie, do you know the real true story behind Hm BoJo & COII Morey & COII Buckley.?

thank you For your time & consideration.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Jose Fierro #044803 | 04/11/22  MON. |

Have you addressed this with Department staff?  ☐ Yes  ☒ No
If yes, give the staff member's name and the date you addressed with them:

_____   _____
(Staff Member's Name) (Please print)          (Date addressed)

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution:  Original – Master File
Copy - Inmate

P. 6 of 6.

916-1
7/25/19

Exhibit: 5 (Five).

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

(To be completed in black or blue ink. (To be completed by staff member initially receiving appeal)

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

| Received By: | COR Caro |
| Title: | CO II |
| Badge #: | 5847 |
| Date: (mm/dd/yyyy) | 7/14/22 |

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Fierro, Jose A. | 044803 | 07/14/22 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ADOERR- Buckley/Unit-2 C02. | N/A |

TO: Assistant Director or Designee.

I am appealing the decision of D.W. Girkie or Assignee for the following reasons:

I did Not Recieved a Response to my I/m Grievance Within 15 Workdays, dated 04/08/22, Nor my I/m Informal Complaint Resolution #22-038243. For this reason alone: I have Fully exhausted all of my I/m griev. procedures available to me Within my assigned unit-Buckley. & the time Frames For the Response have been way over exceeded.

Staff introduced into my prison File an Allege Escape or attempted Escape. I request by whom or what agency. So I could challenge it in Court yet your staff refuse to Investigate & Verify. Executive Clemency board read it out of my prison File 03/22/22. I have Neither one thru out my prison incarceration thru out the U.S. Texas Nor Arizona. Attachment: Informal Resolution Form 802-11. (1-Page. Copy) I/m Griev. Form 802-1 (1-Page Copy).

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Jose Fierro #044803 | 07/14/22 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

*Handwritten Copies*

2B09.

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Fierro, Jose A. | 044803 | ASPC-L-Buckley | 12/03/20. |

| TO | LOCATION |
|---|---|
| D.W. Mr. Walker | Administration-Buckley. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Formal Complaint against Sgt. Wagner. Harassment.

Mr. Walker, I Need your help with the Following problem with Sgt. Wagner.

Mr. Walker, Since my arrival to RTH Friday 08/30/19, Never had a problem with staff of this Magnitude. Since Sgt. Wagner saw me he got me on his "Cross hairs", and without hard Facts within my File, he brought his personal opinions to the attention of Lt. Ms. Rine and she follow suit.

Mr. Walker, I would like to know what am I doing so wrong that's so bad For Sgt. Wagner label me an Escape Risk to the point of bringing down on me your entire staff For No Reason?

Look Mr. Walker the Only possible thing I could think of is my Normal routine when I go to recreation- Fast walk & slow Jogging. I Need to do this as many times as possible-Exercises- Per Provider Ms. Nicole Johnson. I am Suffering From Bulging, Herniated disc. Sciatica. Pinched Nerves of Right leg. Severe Neuropathy. IF you do Not believe me I call her. I am on on going Pain- daily Nightly. Since my incarceration 1987 in ADOC I have No Escapes Nor attempt Escapes. So please I call off your staff and let me do my time in peace- I Need No Further harassment.        thank you.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Jose Fierro #044803 | 12/03/20. thu. |

Have You Discussed This With Institution Staff?  ☐ Yes  ☒ No

If yes, give the staff member's name:

*Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

... limited ... one issue. NO
ATTACHMENTS PERMITTED. Please print all
information.

**ADC**
**Inmate Letter**
Handwritten Copies

**7B09**

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Fierro, Jose A. | 044803 | ASPC-L-Buckley RtH. | 02/02/2021. |

TO
DW. Mr. Walker, D.

LOCATION
Buckley Administration.

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Re: Formal Complaint against Supervisor Sgt. Wagner, D.
Issue Involved: Harassment, Serious. Beginning 11/30/20.

Mr. Walker, I need your assistance with the following problem:
Since Monday, November 30, 2020, Sgt Wagner, has singled me out for No reason(s) at
all a Security risk. I can understand if I did something that involves "Security
risk issue's" but I have Not. Since Sgt. Wagner's arrival to Buckley Unit, he started
Making up "Security risk issues" on me with Lt. Ms. Rine, Somedate. I never had a
problem prior to November 30, 2020, this Needs to be resolved Mr. Walker. IF this
issue can Not be resolved. For this reason alone Mr. Walker, I need your help
to recommend me to SMU-I or SMU-II. Fy man Complex Florence. Better for All parties involved

thank you for your valuable time and consideration given

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Jose Fierro #044803. | 02/02/2021.  f Je - |

Have you addressed this with Department staff?  ☐ Yes  ☒ No
If yes, give the staff member's name and the date you addressed with them:

_____     _____
(Staff Member's Name) (Please print)              (Date addressed)

*Note: Using profanity, insulting, obscene, or abusive language and/or assaulting staff with inappropriate names or making inappropriate remarks in this written correspondence, or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance**

2C02.

RECEIVED BY Lopez

TITLE CoII

BADGE NUMBER 11694

DATE (mm/dd/yyyy) 04/19/22

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

INMATE NAME (Last, First M.I.) (Please print) Fierro, Jose A.

ADC NUMBER 044803.

DATE (mm/dd/yyyy) 04/19/2022. Tue.

INSTITUTION/FACILITY ADOC RR- Buckley.

CASE NUMBER

TO: GRIEVANCE COORDINATOR CoII Ms. Watkins or Assigne.

Description of Grievance (To be completed by the Inmate) I did Not Received a Response To my informal Complaint, Form 802-11. #22-038243-W/in 15 Work days by Staff. Time Frames For the Response have been exceded. Staff did Not investigate & attempt To Resolve my issue w/ph. Central office Records or legal Counsel regarding this allege Escape or Attempted Escape Or the Az. Board of Ex. Clemency as To From where this allege Charge(s) are Coming From. they read it From my File 03/22/22. I want To Challenge it & get to the bottom of it. they Need To be Removed or Challenge in Court. I am Not a Vexatious Grievant- Buckley Admin. keeps Refusing To act on it. Multiple Formal Complaints starting 12/03/20. For Over 36 yrs of incarceration- Never had this allege Charges in Az. or any other State (U.S.).

Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

1. Multiple Complaints Against Sgt. Wagner. Staff refuse To Talk about it. Brought by the A.B.O.E.I. Attaching: Inf/Res Form 802-11. #22-038243. Coupled w/2 Ifm tics. Forms 916-1. Complaints dated 12/03/20. & 02/02/21. Paralegal Ms. Lliberri. Refused To make legal Copies. Cut of my Law Trol.

2. Provide me w/a Copy of this allege Charges & agency Committing the Same to Ifm Records phx. & lewis Complex.

INMATE'S SIGNATURE Jose Fierro #044803.

DATE (mm/dd/yyyy) 04/19/22.

GRIEVANCE COORDINATOR'S

DATE (mm/dd/yyyy)

Action taken by _____

Documentation of Resolution or Attempts at Resolution.

STAFF MEMBER'S SIGNATURE

BADGE NUMBER

DATE (mm/dd/yyyy)

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13



Arizona Department of Corrections
**Rehabilitation and Reentry**

2 CO2.

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Fierro, Jose- A. | 044803. | ADCRR-Buckley. | 03/24/22. |

| TO | LOCATION |
|---|---|
| COIII Ms. Ramos, E. | H.U.2. Blue Side. Buckley UNiT. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I am attempting to informally Resolve the following problem..." AN Allege Escape Charge.

Ms. Ramos, on Tue. 03/22/22, I went in front of the Az. Board of Executive Clemency Via tele type. I was asked Something about an Escape. they did Not specify from where? County Jail or prison. I Could Not give them an a straight answer because I do Not have any charges of Escape or attempted Escape. the board members got this information from my File. I Need to Know what agencie (s) Committed this Charge of Escape into my File.
I Need to get to the bottom of this fabricated allegation.
Ms. Ramos, I have been incarcerated in the Arizona state prison For over 36 yrs. I do Not have Charges of Escape Nor attempted Escape.
On 03/19/22, my Cell was Searched by COII Ms. Saad & I believe COII Mr. Gutierrez, they Called the Sgt. on Call. I do Not Know what they Found but they did an information Report on myself. Again relating to the allege Escape Charge. I Need to Know IF Detective Morley has anything to do With IT.
Ms. Ramos, this Need to be resolved once & For all! STAFF Continues to Manufactured threats that do Not exist. my prison Record speaks for itself. STAFF brought iT To my attention & Needs To be looked into iT & where is Coming From.

Received by:  # 13202

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Jose Fierro # 044803. | 03/24/22. thu. |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: D.W. Walker. Refused to take action. Multiple Complaints

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator, Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

Exhibit: 6 (six).



225 W. Madison St.
Phoenix, AZ 85003
WWW.MARICOPACOUNTYATTORNEY.ORG

PH.    (602) 506-7422
FAX    (602) 506-7530

# Maricopa County Attorney

### RACHEL H MITCHELL

May 2, 2022

#044803
Jose Abel Fierro
ASPC – Lewis
P o Box 3400
Buckeye Arizona 85326

RE:  Your letter dated 4/19/2022

Dear Sir:

I have received your letter requesting information about open cases.  After thorough  research into the court files and our files with the information provided, we are unable to locate any open, pending cases involving this person in Maricopa County Superior Court. The State of Arizona, County of Maricopa, does not have an open case on this individual.

Sincerely,

Andrea L Kever

Andrea Kever
Extraditions Attorney

Exhibit: 7. (Seven).

MON. Dec. 19, 2022.
Handwritten Copies.

Jose A. Fierro #044803.
ASP-lewis Complex.
P.O. Box 70.
Buckeye, AZ. 85326.

Arizona Department of public Safety.
ATTN: Administrative Assistant.
2102 W. ENcanto Blvd.
P.O. Box 6638.
Phoenix, AZ. 85005-6638.

Re: Criminal History Record. Arizona. (NationWide).

Dear Administrative Assistant,

I'D like to get a copy of my Arizona, NationWide, Criminal History Record with a review and challenge form at your earliest convenience possible.

thank you For your assistance.

Jose A. Fierro #044803.

page 1 OF 1.