# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Abel Fierro,<br><br>        Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>        Respondents. | **NO. CV-23-00175-PHX-JJT (ESW)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 14, 2023, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U. S. C. § 2254 is denied.  Petitioner to take nothing and this action is hereby dismissed without prejudice.

                                            Debra D. Lucas
                                            District Court Executive/Clerk of Court

February 14, 2023

                                            s/ Rebecca Kobza
                               By   Deputy Clerk